**United States District Court**
For the Northern District of California

1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8  AT&T CORP,

9          Plaintiff,                              No. 06-05400  EDL

10    v.                                   **ORDER GRANTING APPLICATION  TO**
                                           **APPEAR TELEPHONICALLY**
11  INNOCOM TELECOM LLC,

12          Defendants.
                                        /
13

14       On November 30, 2006, Plaintiff's counsel filed a request to appear telephonically at the

15  motion hearing  set for January 9, 2007 at 9:00 a.m. Good cause appearing, IT IS HEREBY

16  ORDERED that the Request is GRANTED subject to the following caution.   The court disfavors

17  telephonic appearances because the technology prevents the court from addressing a question to the

18  parties or making a comment or ruling whenever any participant speaks at length.  Accordingly, the

19  parties shall only speak in response to a direct question from the court and shall pause at regular

20  intervals to allow the court to comment on the information presented.  If the court wishes to hear a

21  response by the opposing party, the court will inform the party from whom information is requested.

22  No party shall attempt to present information without a request from the court.  If the parties cannot

23  follow the rules set forth in this order, or at the first sign of improper decorum, the telephonic

24  appearance will be terminated and a new hearing date will be set for personal appearances.

25  //

26  //

27

28

1    Counsel shall stand by beginning at the date and time above until called by the Court.  No later

2    than two Court days prior, the parties shall call the Court's courtroom deputy at 415-522-3694 to

3    provide the Court with a direct dial number to call on for this appearance.

4

5    Dated: December 29, 2006

6                                                    _____
                                                     ELIZABETH D. LAPORTE
7                                                    United States Magistrate Judge

**United States District Court**
For the Northern District of California