**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AT&T CORP,

    Plaintiff,

v.

INNOCOM TELECOM LLC,

    Defendant.
_____/

No. C-06-05400 EDL

**ORDER FOR REASSIGNMENT**

In view of the Report and Recommendation dated January 17, 2007, the Clerk shall reassign this matter forthwith to a district court judge.

**IT IS SO ORDERED.**

Dated: January 19, 2007

ELIZABETH D. LAPORTE
United States Magistrate Judge