UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AT&T CORP,

    Plaintiff(s),

    v.

INNOCOM TELECOM LLC,

    Defendant(s).

No. C 06-5400 PJH

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court has reviewed Magistrate Judge Laporte's Report and Recommendation Re: plaintiff's motion for default judgment. No objections have been filed. The court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the motion is GRANTED.

Dated: February 1, 2007

**IT IS SO ORDERED.**

_____
PHYLLIS J. HAMILTON
United States District Judge