1
2
3
4                      UNITED STATES DISTRICT COURT
5                     NORTHERN DISTRICT OF CALIFORNIA
6
7   AT&T CORP.,
8           Plaintiffs,                          No. C 06-5400 PJH
9      v.                                        **JUDGMENT**
10  INNOCOM TELECOM LLC,
11          Defendant.
                                          /
12
       The defendant's motion for default judgment having been granted, it is Ordered and
13
    Adjudged that plaintiff is awarded from defendant the following amounts:
14
       $1,297,931.50        as principal
15
       $  230,173.78        as prejudgment interest
16
       $      350.00        taxed as costs
17
    for a total award of $1,528,455.20.
18
    Dated: February 1, 2007
19
20
    **IT IS SO ORDERED.**
21
                                                 _____
22
                                                 PHYLLIS J. HAMILTON
23                                               United States District Judge
24
25
26
27
28